UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY EAST | CIVIL ACTION |
| VERSUS | NO. 25-1687 |
| ACE AMERICAN INSURANCE COMPANY AND SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. | SECTION "R" (5) |

## ORDER AND REASONS

Before the Court is defendant's unopposed motion to the continue scheduling conference.[1]  Defendant requests this extension because trial counsel for Sedgwick is out of the country on the date of the scheduling conference.[2]

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enter., L.L.C. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003) (internal

---

[1]  R. Doc. 11.
[2]  *Id.* at 1.

citations omitted). Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996). In deciding whether to grant a continuance, the Court's "judgment range is exceedingly wide, for . . . [it] must consider not only the facts of the particular case but also all of the demands on counsel's time and the court's." *Streber v. Hunter*, 221 F.3d 701, 736 (5th Cir. 2000) (quoting *HC Gun & Knife Shows, Inc. v. City of Houston*, 201 F.3d 544, 549-50 (5th Cir. 2000) (internal quotation marks omitted)).

The Court finds that there is good cause to continue the scheduling conference. The Scheduling set for November 13, 2025 at 10:00 am is hereby continued, to be reset in a subsequent order.

New Orleans, Louisiana, this __18th__ day of September, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE